UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF AIDNIK,<br><br>            Plaintiff,<br><br>v.<br><br>SHAWN O'CONNER, Plant Manager, BILL RUSSELL, Supervisor Plant OPS,,<br><br>            Defendants. | Case No.  2:09-cv-02271-WBS-KJN (TEMP) P<br><br>**ORDER GRANTING REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |

Defendant BILL RUSSELL, having filed a Request for court approval of substitution of attorneys, seeks to substitute William J. Douglas, Attorney General's Office for the State of California, with Susan E. Coleman, Esq., Burke, Williams & Sorensen LLP, as his attorneys of record.  Defendant also seeks an extension of time in which to file an initial response to the complaint.

For good cause shown, IT IS HEREBY ORDERED that:

1. The request for approval of substitution of counsel (Dkt. No. 23) is granted.  Hereinafter, Susan E. Coleman, Esq., of Burke, Williams & Sorensen LLP, will serve as counsel of record for Defendant BILL RUSSELL in this action.

2. Defendant's motion for an extension of time (Dkt. No. 25) is granted. Defendant has thirty days from the entry of this order in which to file an initial response to the complaint.

DATED: January 26, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

AIDN2271.EOT