IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFF AIDNIK,

      Plaintiff,                    No. CIV S-09-2271 WBS KJN (TEMP) P

    vs.

SHAWN O'CONNOR, et al.,

      Defendants.          ORDER

_____/

        On February 16, 2011, defendants filed a motion to dismiss. Plaintiff has not opposed the motion or filed a statement of non-opposition. Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of this order, plaintiff shall file an opposition to the motion to dismiss or a statement of non-opposition. Failure to comply with this order will result in dismissal of this action be pursuant Federal Rule of Civil Procedure 41(b).

DATED: March 31, 2011

                              KENDALL J. NEWMAN
                              UNITED STATES MAGISTRATE JUDGE

aidn2271.46osc